THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Copies to: Judge
AUSA-Special Proceedings
Dft.

MICHAEL K. WILLIAMS )  CASE NO. 88-0046
) 88-0045
) CR 87-0446 ✓ -TFH
V.S )
)
THE DISTRICT OF )
)
COLUMBIA )
)

*Let this be filed*
*7Hogen, CJ*
*1/26/07*

FILED

JAN 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MOTION TO VACATE AND OR SET ASIDE PURSUANT TO**

**2254 POST-CONVICTION RELIEF.**

COME NOW THE DEFENDANT MICHAEL K. WILLIAMS PRO-SE REQUESTING THIS HONORABLE COURT TO VACATE AND OR SET ASIDE JUDGEMENT AND SENTENCE IMPOSED BY THIS COURT ON NOVEMBER 4, 1988.

1) THE DEFENDANT PLED GUILTY TO POSSESSION WITH INTENT TO DISTRIBUTE

   21 U.S.C. 841(a)(1) + 841(b)(1)(B).

   DISTRIBUTION OF COCAINE 21 U.S.C 841(a)(1)

   CONSPIRACY WITH INTENT TO DISTRIBUTE 21 U.S.C. 846 AND WAS SENTENCED TO 5 YEARS ON COUNT ONE TO RUN CONSECUTIVE WITH FIVE YEARS ON COUNT TWO, TO RUN CONSECUTIVE WITH 2 YEARS ON COUNT THREE.

   12 YEARS IN TOTAL.

2) DURING PRE-TRIAL HEARING AND SENTENCING, AT NO TIME DID THE HONORABLE JUDGE ADVISE OR EXPLAIN THE NATURE OF THE CHARGES OR THE CONSEQUENCES OF THE PLEA, SEE TRANS.

3) IN THE FEDERAL AND STATE REGIME WE HAVE RULE 11 OF THE FEDERAL AND STATE RULES OF CRIMINAL PROCEDURE WHICH GOVERNS THE DUTY OF THE TRIAL JUDGE BEFORE ACCEPTING A GUILTY PLEA, SEE MC CARTHY VS. UNITED STATES, 394 US.459,89 S.ct.1166.22 L.ed, 2d 418

WE SAID IN THAT CASE:

> a defendant who enters such a plea simutaneously waves several constitutional rights including his priveledge against compulsory self-incrimination, his right to trial by jury and his right to confront his accuser.
> for this waiver to be valid under the due process clause it must be an intentional relinquishment or abandonment of a known right or priveledge; johnson vs. zerbst,304 us.458,464 58.S.ct 1019,82 L.ed. 1461 (1938).
> consequently, if a defendant's guilty plea is not equally voluntary and knowing it has been obtained in violation of due process and is therefore void. moreover because a guilty plea is an admission of all the elements of a formal criminal charge it cannot be truly voluntary unless the defendant posses an understanding of the laws in relation to the facts. Id.at 466,89 S.ct at 1171.
> consequently, if a defendant's guilty is not equally voluntry and knowing it has been obtained in violation of due process and is therefore void.
> moreover because a guilty plea is an admission of all the elements of the formal criminal charge it cannot be truly voluntary unless the defendant posses an understanding of the laws in relation to the fact. Id. at 466,89 S.ct at 1171.

4) IN THE YEAR OF 2006, THE DEFENDANTS FEDERAL SENTENCE IS BEING ENHANCED BECAUSE OF THE UN-CONSTITUTIONAL INVALID CONVICTION THAT WAS ACCEPTED BY THIS HONORABLE COURT ON NOVEMBER 4, 1988.

5) WHAT IS AT STAKE FOR AN ACCUSED FACING IMPRISONMENT DEMANDS

THE UTMOST SOLICITUDE OF WHICH COURTS ARE CAPABLE IN CANVASSING THE MATTER WITH THE ACCUSED TO MAKE SURE HE HAS A FULL UNDERSTANDING OF WHAT THE PLEA CONNOTES AND OF ITS CONSEQUENCES.

6) AND IT IS NOTED THAT WHEN THE JUDGE DISCHARGES THAT FUNCTION HE LEAVES A RECORD ADEQUATE FOR ANY REVIEW THAT MAY LATER BE SOUGHT. SEE GARNER V. LOUSIANA,368,us.157,173,82 S.ct 248.256, 257 L.ed 2d 207; SPECHT V. PATTERSON,386 us. 605,610 87 S.ct 1209,1212,18 L.ed,2d 326, AND FORSTALLS THE SPIN-OFF COLLATERAL PROCEEDINGS THAT SEEK TO PROBE MURKY MEMORIES.

7) IN CONCLUSION, THIS COURT IS SATISFIED WITH THE TIME SERVED WITH THIS MATTER, HOWEVER, THE DEFENDANT IS REQUESTING THIS HONORABLE COURT TO VACATE, AND OR SET ASIDE THE CONVICTION.

RESPECTFULLY SUBMITTED THIS 26 DAY OF DEC 2006.

_Michael K. Will_

COPY MAILED THIS____ DAY OF___, 2006 TO EACH OF THE FOLLOWING.

CCA NORTH EAST Ohio
CORRECTIONAL CENTER
MICHAEL WILLIAMS
# 29477-012
2240 HUBBARD RD
YOUNGSTON, OH. 44505-3198


