THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Copies to: Judge
AUSA – Special Proceedings
Dft.

Let this be filed
Hogan, CJ
1/23/07

| | |
|---|---|
| MICHAEL K. WILLIAMS ) | CASE NO. CR 88-0046 |
| ) | CR 88-0045 |
| V.S ) | CR 87-0446 ✓ -TFH |
| ) | |
| THE DISTRICT OF ) | |
| COLUMBIA ) | |

FILED
JAN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF APPEAL

THE DEFENDANT MICHAEL K. WILLIAMS GIVES NOTICE OF APPEAL FROM JUDGEMENT AND SENTENCE IMPOSED BY THIS COURT NOVEMBER 4, 1988

RESPECTFULLY SUBMITTED THIS 26 DAY OF DEC 2006.

-------------------------------

In forma pauperis application forwarded to the deft. on 1/30/07. M.L.P.

CCA NORTH EAST Ohio
CORRECTIONAL CENTER
MICHAEL WILLIAMS
# 79477-012
2240 HUBBARD RD
YOUNGSTON, OH. 44505-3198


