UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 - 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MICHAEL WILLIAMS,

Defendant.

87-CR-00446-3 (TFH)
88-CR-00045-1 (TFH)
88-CR-00046-1 (TFH)

### ORDER

On April 26, 2007, the United States Court of Appeals for the District of Columbia Circuit ordered that Michael Williams' pending Motion for Leave to Proceed on Appeal In Forma Pauperis be referred to this Court for consideration in the first instance. *See* Order, *United States v. Williams*, No. 07-3029 (D.C. Cir. Apr. 26, 2007). Accordingly, after carefully reviewing Mr. Williams' pending motion, this Court finds that he qualifies to proceed *in forma pauperis*. Therefore, it hereby is

**ORDERED** that Mr. Williams' Motion for Leave to Proceed on Appeal In Forma Pauperis is **GRANTED**. It further is

**ORDERED** that the Clerk of the Court immediately transmit a copy of this order to the United States Court of Appeals for the District of Columbia Circuit.

**SO ORDERED.**

May 2, 2007

Thomas F. Hogan
Chief Judge