# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

```
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
         APR 1 8 2007
           RECEIVED
```

United States of America          USCA No. 07-3029 [handwritten annotations]
                                            5/1/07
        v.
Michael Williams                  USDC No. 87CR00446-3
                                            88CR0045-1  TFH
                                            88CR0046-1

**MOTION FOR LEAVE TO PROCEED
ON APPEAL IN FORMA PAUPERIS**

```
         FILED
       MAY - 1 2007
NANCY MAYER WHITTINGTON, CLERK
      U.S. DISTRICT COURT
```

I, Michael Williams, declare that I am the ☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Signature _____

Name of *Pro Se* Litigant (PRINT) _____

Address _____

_____

Submit original with a certificate of service to:

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

Page 3

**Affidavit Accompanying Motion for Leave
to Proceed on Appeal in Forma Pauperis**

United States Court of Appeals for the
District of Columbia Circuit

U.S. of America

v.

Michael Williams

Case No. _____

..........................................................

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress.
I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Signed:** Michael Williams

**Date:** 4-9-07

..........................................................

**My issues on appeal are:**

I'm appealing the rule 11 of the plea agreement. At sentencing the judge and my lawyer did not inform me of all consequences of taking my plea. I was not told that by taking this plea of guilty that I was subject to additional penalties if I committed any crimes in the future.